No. 62895.—George Tanier, Inc., and Trans World Shipping Corp. et al. *v.* United States, protests 58/4559, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim of the plaintiffs was sustained.